| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Brenda Diane Green <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4381 <br> EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ | |
| United States Bankruptcy Court: Eastern District of Virginia | | Date case filed for chapter: 13  9/12/22 | |
| Case number: 22–32508–KLP | | | |

# Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brenda Diane Green | |
| 2. | **All other names used in the last 8 years** | fdba BG & RJ Hauling LLC | |
| 3. | **Address** | 9283 Coleman Road <br> Mechanicsville, VA 23116 | |
| 4. | **Debtor's attorney** <br> Name and address | Veronica D. Brown–Moseley <br> Boleman Law Firm, P.C. <br> PO Box 11588 <br> Richmond, VA 23230 | Contact phone (804) 358–9900 <br> Email: ecf@bolemanlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Carl M. Bates <br> 341 Dial 866–813–0912 Code: 8576180 <br> P. O. Box 1819 <br> Richmond, VA 23218 | Contact phone (804) 237–6800 <br> Email: station01@richchap13.com |

| | | |
|---|---|---|
| Debtor **Brenda Diane Green** | | Case number **22–32508–KLP** |

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | | **For the Court:** |
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: September 13, 2022 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 804–916–2400 | |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 20, 2022** at **09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5.**<br>**For updates, see, www.vaeb.uscourts.gov** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: December 19, 2022** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: November 21, 2022** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: March 13, 2023** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| 9. | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**November 16, 2022** at **09:05 AM**,<br><br>Location: **Judge Phillips' – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| 14. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, to attend meeting of creditors, or for failure to timely file a Chapter 13 plan. (Local Bankruptcy Rules 1007–1, 1007–3, 2003–1, and 3015–2.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 15. | **Manner of Payment of Fees** | Exact Change Only accepted for cash payment of fees and services. Payment may also be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia

In re:  |  Case Number: 22−32508−KLP
Chapter 13
Brenda Diane Green  |  Judge: Keith L. Phillips
fdba BG & RJ Hauling LLC

Social Security/Taxpayer ID Nos.:
xxx−xx−4381

Debtor(s)

## NOTICE OF REMOTE HEARING

ALL HEARINGS IN THIS CASE BEFORE THE BANKRUPTCY COURT WILL BE HELD REMOTELY UNTIL FURTHER NOTICE.

REMOTE HEARING INFORMATION: Due to the COVID−19 public health emergency, no in−person hearings are being held. Hearings will take place remotely through Zoom on the date and time originally scheduled. To appear at a hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. The Judge's name is at the top of this notice. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to the hearing or proceeding. Any documentary evidence the parties wish to present at the hearing(s) must be filed with the Court in advance of the hearing(s).

***The email address shall be used only to submit Zoom Requests. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.***

Dated: September 13, 2022  |  **FOR THE COURT:**

Notice of Remote Hearing

William C. Redden
Clerk of the Bankruptcy Court

In re:  Case No. 22-32508-KLP

Brenda Diane Green  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7  User:  Page 1 of 2

Date Rcvd: Sep 13, 2022  Form ID: 309I  Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Diane Green, 9283 Coleman Road, Mechanicsville, VA 23116-2611 |
| 15964816 | + | Beth E. Rogers, 9040 Roswell Road, Suite 205, Atlanta, GA 30350-1892 |
| 15964821 | + | County of Hanover, c/o Hanover County Atty., P.O. Box 430, Hanover, VA 23069-0430 |
| 15964826 | + | Granville Green, 9283 Coleman Road, Mechanicsville, VA 23116-2611 |
| 15964831 | + | Rappahannock Elec. Coop, Attn: Bankruptcy Dept, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 15964832 | + | Roderick Green, 9283 Coleman Road, Mechanicsville, VA 23116-2611 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@bolemanlaw.com | Sep 14 2022 00:36:00 | Veronica D. Brown-Moseley, Boleman Law Firm, P.C., PO Box 11588, Richmond, VA 23230 |
| tr | + | Email/Text: station01@richchap13.com | Sep 14 2022 00:36:00 | Carl M. Bates, 341 Dial 866-813-0912 Code: 8576180, P. O. Box 1819, Richmond, VA 23218-1819 |
| 15964815 | + | EDI: PHINHARRIS | Sep 14 2022 04:38:00 | Arnold Scott Harris, P.C., 111 W Jackson Blvd Suite 600, Chicago, IL 60604-3517 |
| 15964817 | + | Email/Text: bankruptcy@cffinance.com | Sep 14 2022 00:36:00 | C&F Finance Company, PO Box 38456, Henrico, VA 23231-0656 |
| 15964818 | + | EDI: CAPONEAUTO.COM | Sep 14 2022 04:38:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 15964819 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 14 2022 00:37:00 | Commonwealth of Virginia, Department of Taxation, P.O. Box 2156, Richmond, VA 23218-2156 |
| 15964822 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 00:35:10 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15964823 | | EDI: IRS.COM | Sep 14 2022 04:38:00 | Department of the Treasury, Internal Revenue Services, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15964824 | + | EDI: PHINGENESIS | Sep 14 2022 04:38:00 | Feb - Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 15964825 | + | EDI: AMINFOFP.COM | Sep 14 2022 04:38:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15964827 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:35:24 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15964828 | | Email/Text: bankruptcy@marinerfinance.com | Sep 14 2022 00:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15964829 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 00:36:00 | Midland Credit Management Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15964830 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2022 00:36:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15964833 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 14 2022 00:36:00 | Social Security Administration, RE: Bankruptcy, PO Box 3490, Philadelphia, PA 19122-0490 |
| 15964834 | + | Email/Text: accountservicing@trueaccord.com | Sep 14 2022 00:36:00 | True Accord, 16011 College Boulevard, Suite 130, Lenexa, KS 66219-9877 |
| 15964835 | + | EDI: BLUESTEM | Sep 14 2022 04:38:00 | WEBBANK/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15964836 | + | EDI: WFFC.COM | Sep 14 2022 04:38:00 | Wells Fargo Bank, HEQ Credit Bureau, P.O. Box 31557, Billings, MT 59107-1557 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 15964820 | ##+ | Conserv Equip. Leasing LLC, 2720 Eugenia Ave, Nashville, TN 37211-2120 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Veronica D. Brown-Moseley | on behalf of Debtor Brenda Diane Green ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com |

TOTAL: 3